NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERRY SALAZAR-MENENDEZ, op/b/o, )
S.S., )
                        )
         Appellant, )
                        )
v.                       )        Case No. 2D18-1963
                        )
GRACIELA MARINA COSTA, )
                        )
         Appellee. )
_____ )

Opinion filed October 19, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
James R. Thompson, Judge.

Michael E. Chionopoulos, Fort Myers,
for Appellant.

Stacy L. Sherman of Stacy L. Sherman,
P.A., Cape Coral, for Appellee.


PER CURIAM.


         Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.